UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RYAN D. BURNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00359-JAW |
| | ) | |
| OCEAN PROPERTIES LTD. | ) | |
| AND AMERIPORT LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON SEALING AND REDACTION**

On July 1, 2016, Ryan D. Burnett filed a complaint against Ocean Properties Ltd. (Ocean Properties). *Compl.* (ECF No. 1). On September 6, 2016, Ocean Properties filed a motion to dismiss the complaint under Rule 12(b)(1) and 12(b)(6) asserting, among other things, that it is not a proper party to the lawsuit. *Def.'s Mot. to Dismiss Pl.'s Compl.* (ECF No. 5). On September 26, 2016, Mr. Burnett filed an amended complaint pursuant to Rule 15(a) in which he added AmeriPort LLC (AmeriPort) as a party defendant. *First Am. Compl.* (ECF No. 7).

On November 25, 2016, Ocean Properties and AmeriPort (Defendants) filed a partial motion to dismiss Mr. Burnett's amended complaint. *Defs.' Partial Mot. to Dismiss Pl.'s Am. Compl. and Mot. to Strike Impertinent Allegations* (ECF No. 19). On December 16, 2016, Mr. Burnett filed a response. *Pl.'s Opp'n to Defs.' Partial Mot. to Dismiss Am. Compl. and Opp'n to Mot. to Strike* (ECF No. 23). The Defendants

replied on December 30, 2016.  *Defs.' Reply in Supp. of Partial Mot. to Dismiss and Mot. to Strike Impertinent Allegations* (ECF No. 24).

Appendix IV of the Local Rules of the District of Maine sets forth the administrative procedures governing electronic filing:

**(i) Privacy**

> In compliance with the policy of the Judicial Conference of the United States and in order to address the privacy concerns created by Internet access to Court documents, parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all documents filed with the Court, including exhibits thereto, whether filed electronically or in paper, unless otherwise ordered by the Court:
>
> (5) Home addresses[.]

D. Me. Loc. R., app. 4(i).

Notwithstanding the local procedures, the parties in this case included Mr. Burnett's complete home address in their filings.  In order to protect Mr. Burnett's personal information, the Court ORDERS the Clerk of Court to seal the following documents from public view:

- *Additional Attachments* (ECF No. 6)

- *Pl.'s Opp'n to Defs.' Partial Mot. to Dismiss Am. Compl. and Opp'n to Mot. to Strike*, Attach. 2, *Compl. of Discrimination* (ECF No. 23-2)

Further, the Court ORDERS the parties to immediately comply with the Local Rules and to file redacted versions of these documents as well all other documents redacting Mr. Burnett's personal identifying information no later than Friday, March 31, 2017.  In particular, the Court ORDERS the parties to remove all references to

Mr. Burnett's street address. Additionally, although the local procedures do not expressly require the parties to redact telephone numbers, in the interest of Mr. Burnett's privacy, the Court encourages the parties to redact Mr. Burnett's home phone number when they refile the necessary documents.

    SO ORDERED.

/s/ John A. Woodcock, Jr.  
JOHN A. WOODCOCK, JR.  
UNITED STATES DISTRICT JUDGE

Dated this 27th day of March, 2017