UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RYAN D. BURNETT, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00359-JAW |
| | ) | |
| OCEAN PROPERTIES, LTD. and AMERIPORT, LLC, | ) ) | |
| | ) | |
| **Defendants** | ) | |

**AMENDED FINAL PRETRIAL ORDER**

Following the transfer of this case from the August to the October 2018 trial list, ECF No. 90, together with the setting of a date-certain for trial before Judge John A. Woodcock, Jr., I held a telephonic conference of counsel on September 10, 2018, to re-set the pretrial deadlines previously set on July 11, 2018, at the final pretrial conference, ECF No. 86. Attorney Laura White appeared telephonically for the plaintiff and Attorneys Catherine Molloy and Tawny Alvarez for the defendants. The following will govern the trial of this case.

**I. Case Description**

The plaintiff brings suit against his former employer alleging violations of the Americans with Disabilities Act and the Maine Human Rights Act for failing to accommodate his disability with regard to heavy wooden doors at his place of employment. The defendants deny any liability.

**II. Trial Preparation**

A. <u>Discovery.</u>  The discovery is complete. There are no outstanding discovery issues.

B. <u>Motions in Limine.</u>  Motions *in limine* shall be filed by October 5, 2018, and any objections shall be filed by October 12, 2018, with no replies.

C. <u>Maximum Number of Trial Days.</u>  The case will require no more than four (4) full trial days.

**III. Trial Schedule**

A. <u>Trial Period.</u>  The case will be tried beginning on October 30, 2018, and ending November 2, 2018.

1

   B. <u>Jury Selection.</u>  The jury will be selected on October 1, 2018, at 9 a.m.  The parties previously consented to the Magistrate Judge presiding at jury selection, ECF No. 86.

   C. <u>Settlement Notice.</u>   The parties shall inform the clerk's office whether the case is settled or firm for trial by October 24, 2018.

**IV. Trial Process**

   A. <u>Stipulations.</u>  The parties shall file any agreed-to stipulations by October 24, 2018.

   B. <u>Depositions.</u>  The parties shall exchange designated deposition transcripts or videos that they intend to use at trial by October 12, 2018.  Any objection to the admissibility of a deposition transcript or video shall be filed by written motion by October 24, 2018.

   C. <u>Exhibits.</u>  The parties shall exchange their exhibit lists by October 1, 2018.  The parties shall exchange exhibits by October 12, 2018.  The parties shall jointly prepare a consolidated list of all exhibits to be offered at trial, employing the form available on the Court's website—   http://www.med.uscourts.gov/  —by October 24, 2018.  In a jury case, the original set of exhibits is ordinarily sufficient and shall not be filed before trial.  *See* Local Rule 16.4(d).

   D. <u>Witnesses.</u>  The parties shall exchange their witness lists by October 1, 2018.  Each party shall file its witness list by October 24, 2018.  For each witness, the list shall indicate (i) the witness's name and address; (ii) whether the witness is a fact witness or an expert witness; (iii) a concise statement of the general subject matter of the witness's testimony; and (iv) an estimate of the time required for the direct examination of the witness.

   E. <u>Jury Voir Dire.</u>  The parties shall file any proposed supplemental voir dire questions for the jury panel by September 24, 2018.  The parties are requested not to propose questions that are addressed in the Confidential Jury Questionnaire.  The juror's completed Confidential Jury Questionnaire will generally be available for inspection at the clerk's Office or electronically on CM/ECF at least three working days prior to jury selection.

   F. <u>Jury Instructions.</u>  The parties shall submit proposed jury instructions by October 24, 2018.  Proposed instructions shall be stated in separate paragraphs and numbered sequentially.  Following the text of a proposed instruction, any applicable statutory or case authority for the requested instruction shall be provided.  The opposing party may submit a concise statement of any opposing authority by October 29, 2018.

   G. <u>Special Verdict Form.</u>  If a verdict form is requested, the parties shall prepare an agreed-upon verdict form and submit the same to the court by October 24, 2018.  In the absence

of an agreement, the parties shall submit separate proposed special verdict forms by that date.

H. <u>Trial Brief.</u>  Each party shall file by October 24, 2018, a trial brief setting forth the significant factual and legal issues to be presented at trial and the party's position on each issue so identified.  The trial brief shall not exceed 10 pages.

I. <u>Juror Notebooks.</u>  The court may permit the jurors to take notes in individual notebooks. The notebooks include a glossary of common legal terms such as "sidebar," and a guide entitled "Suggestions for Jury Deliberation."  The parties are encouraged to review the glossary and submit by October 24, 2018, any proposed additional glossary terms that are specific to the case and would be helpful to the jury.  Any objection to the use of the glossary, guide, or proposed additional glossary terms shall be submitted by October 22, 2018.

J. <u>Trial Management Conference.</u>  The parties may request an additional trial management conference by contacting the clerk's office.

**SO ORDERED.**

Date:  September 10, 2018.                          /s/ John H. Rich III
                                                    U.S. Magistrate Judge

## **NOTICE**

Any objections to a Pretrial Order entered by a U.S. Magistrate Judge shall be filed within fourteen (14) days from the date of its filing.

3