UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RYAN D. BURNETT, | ) |
|           Plaintiff, | ) |
| v. | ) Case No:  **2:16-cv-00359-JAW** |
| OCEAN PROPERTIES, LTD. and AMERIPORT, LLC, | ) |
|           Defendants | ) |

### PLAINTIFF'S PROPOSED SUPPLEMENTAL VOIR DIRE

Plaintiff Ryan D. Burnett hereby proposes that the Court include the following supplemental voir dire questions at jury selection in this case:

1. Have you or a family/immediate household member ever worked in any of the following settings?

    A. Human resources;

    B. A law firm;

    C. An insurance company;

    D. A hotel or hotel management company.

2. Do you frequently vacation at or visit any hotel affiliated with Ocean Properties, Ltd. (including, but not limited to, the Samoset, the West Street Hotel, the Harborside Hotel, Portland Marriott Sable Oaks/Golf Course; the Holiday Inn Express South Portland; the Bar Harbor Regency; or Wentworth by the Sea)?

3. Do you know what the Americans with Disabilities Act is?  If so, what do you know about it?

4. Have you, a close friend, or a family/immediate household member ever experienced discrimination that you feel was based on a disability or any other characteristic that you cannot change? If so, please describe the situation.

5. Have you, a close friend, or a family/immediate household member ever been fired from a job for reasons that you believe were unfair or discriminatory? If so, please explain what happened.

6. Have you ever been involved in any kind of investigation at work (either as management, a witness, or an employee)? If so, please explain the circumstances.

7. Do you feel that employers should not have to accommodate disabilities if it will have a negative impact on their business to do so?

8. Do you believe that people with disabilities belong in the workplace? Why or why not?

9. Do you believe that discrimination against people based on a disability is no longer a significant problem in the United States?

10. Do you have any personal, political, religious, social, or philosophical beliefs about people who bring lawsuits?

11. Do you believe that it's possible for an employee to suffer emotional harm if he or she is discriminated against at work?

12. Do you believe that people in wheelchairs experience greater barriers or difficulties entering buildings than people who are able to walk?

13. Do you think incidents of discrimination and harassment in the workplace are: (A) accurately reported; (B) underreported; or (C) reported more often than they really happen?

14. Have you or a family member ever made a complaint at work that you felt was not handled appropriately by your boss or supervisor?

15. If a witness testified that he or she did not treat an employee in a discriminatory manner, but the evidence suggested otherwise, how would you feel about concluding that the witness was not being truthful? (A) No reservations; (B) It would depend on the evidence; or (C) I would have a hard time concluding that a witness was not being truthful.

16. Are you suspicious of people who bring lawsuits, even just a little bit? Please explain your answer.

17. Do you feel there should be limits on the amount of monetary damages a jury can award, no matter what damages are proven at trial? If so, please describe what kinds of limits you think should be imposed.

18. If you felt that the facts and evidence supported it, would you be able to award monetary damages to the Plaintiff in this lawsuit?

19. Do you believe that employers and places of public accommodation should have to make buildings accessible to people in wheelchairs?

20. Have you or a close family member ever belonged to a group or organization that advocates for or against: (A) tort reform; (B) money damages in lawsuits; or (C) civil rights? If so, please describe your affiliation.

21. Do you think the law should allow injured people to recover damages for intangible things like mental anguish and emotional distress? Why or why not?

22. Without divulging any personal information, please indicate whether you have any problems at home or at work that might make it difficult for you to concentrate during the trial or cause you to rush through the decision-making process in the jury room.

23. This is a civil suit as opposed to a criminal proceeding. The rules of evidence and the burdens of proof are different. In a criminal case, the burden of proof is beyond a reasonable doubt. In a civil case, the plaintiff has the burden of proving his or her claim by what is called a preponderance of the evidence, which means the facts are "more likely than not" true. This standard of proof is a substantially lower burden of proof than that applied in a criminal case. Would you have any issues holding the plaintiff to this lower burden of proof rather than the higher "beyond a reasonable doubt" standard?

Dated:  September 24, 2018               Respectfully submitted,


                                         */s/ Laura White*_____
                                         Laura White, Bar #: 4025
                                         *Attorney for Plaintiff Ryan D. Burnett*
                                         BERGEN & PARKINSON LLC
                                         62 Portland Road, Suite 25
                                         Kennebunk, ME 04043
                                         (207) 985-7000
                                         *lwhite@bergenparkinson.com*

## **CERTIFICATE OF SERVICE**

      I certify that on this 24th day of September, 2018, I electronically filed Plaintiff's Proposed Supplemental Voir Dire with the Court's CM/ECF system, which automatically sends notification to all counsel of record.


Dated: September 24, 2018          */s/ Laura White*_____
                                             Laura White, Bar #: 4025
                                             *Attorney for Plaintiff Ryan D. Burnett*
                                             BERGEN & PARKINSON LLC
                                             62 Portland Road, Suite 25
                                             Kennebunk, ME 04043
                                             (207) 985-7000
                                             *lwhite@bergenparkinson.com*