UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RYAN D. BURNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 2:16-cv-00359-JAW ) ) |
| OCEAN PROPERTIES LTD, et al. | ) ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court and a jury, Honorable John A. Woodcock, Jr. presiding, and the issues having been duly tried and the jury having rendered its verdict on November 1, 2018; and in accordance with the Order on Motion for Summary Judgment entered on June 11, 2018;

JUDGMENT is hereby entered for the Plaintiff, Ryan D. Burnett, and against the Defendants, Ocean Properties LTD and Ameriport, LLC in the amount of $150,000.00 in compensatory damages and $500,000.00 in punitive damages, plus interest as allowed by law on Counts I and IV regarding the failure to accommodate issue concerning the heavy wooden doors at the golf club location;

JUDGMENT is further entered for Defendants, Ocean Properties LTD and Ameriport, LLC, and against the Plaintiff, Ryan D. Burnett on Counts II and III,  and also on Counts I and IV on all other issues except the failure to accommodate issue concerning the heavy wooden doors at the golf club location.

CHRISTA K. BERRY, CLERK


/s/ Amy Rydzewski
Deputy Clerk

Dated this 13th day of November 2018