UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RYAN D. BURNETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>OCEAN PROPERTIES, LTD. and )<br>AMERIPORT, LLC, )<br>)<br>Defendants ) | Case No. 2:16-cv-00359-JAW |

### SATISFACTION OF JUDGMENT

The Plaintiff in this action hereby confirms that all amounts to be paid to him pursuant to the Court's Judgment, together with all interest, attorneys' fees, and costs, have been satisfied in full.

Respectfully submitted,

Dated:  March 16, 2021

*/s/ Laura H. White*

_____
Laura H. White, Esq., Bar No. 4025
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Rd., Suite 21
Kennebunk, ME 04043
(207) 502-7484
lwhite@whiteandquinlan.com

1

## CERTIFICATE OF SERVICE

  I, Laura H. White, hereby certify that on this 16th day of March, 2021, I filed the foregoing Satisfaction of Judgment with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: March 16, 2021        */s/ Laura H. White*

                   _____
                   Laura H. White
                   *Attorney for Plaintiff*
                   WHITE & QUINLAN, LLC
                   62 Portland Road, Suite 21
                   Kennebunk, ME 04043
                   Phone: (207) 502-7484
                   *lwhite@whiteandquinlan.com*